IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**FedEx Trade Networks Transport & Brokerage, Inc.**
    **Plaintiff,**

v.

**AirBoss Defense Group, LLC**
    **Defendant.**

Case No. 23-cv-02232-LKG

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☒ The following corporate affiliations exist with MSC Mediterranean Shipping Company SA:
(name of party)

MSC Mediterranean Shipping Company Holding SA - (parent); Mediterranean Shipping Company (USA) Inc. - (affiliate).
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

01/30/2024
Date

Signature

**Ashley L. Ensor (#19902)**
Printed name and bar number

Gorman & Williams
36 S. Charles St., Suite 900, Baltimore MD 21201
Address

aensor@gw-law.com
Email address

410-528-0600
Telephone number

410-528-0602
Fax number