# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FEDEX TRADE NETWORKS TRANSPORT & BROKERAGE, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>AIRBOSS DEFENSE GROUP, LLC<br><br>*Defendant*. | Case No.: 1:23-cv-02232-LKG |
| AIRBOSS DEFENSE GROUP, LLC<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>MEDITERRANEAN SHIPPING COMPANY S.A.,<br><br>*Third-Party Defendant*. | Third-Party Complaint |

## REQUEST FOR A HEARING

Third-Party Defendant, MSC Mediterranean Shipping Company SA (sued herein as "Mediterranean Shipping Company, S.A.") ("MSC") respectfully requests a hearing on Airboss Defense Group, LLC's Motion to Stay Litigation Pending Resolution of Federal Maritime Commission Proceedings (ECF No. 41) (the "Motion to Stay") and MSC's Opposition to the Motion to Stay.

1

Dated: June 11, 2024					Respectfully submitted,

					*/s/ David McI. Williams*
					David McI. Williams (Bar # 00357)
					Ashley L. Ensor (Bar # 19902)
					GORMAN & WILLIAMS
					36 South Charles Street, Suite 900
					Baltimore, MD 21201
					Tel: (410) 528-0600
					Fax: (410) 528-0602
					DMWilliams@gw-law.com
					AEnsor@gw-law.com
					*Attorneys for Third-Party Defendant*
					*MSC Mediterranean Shipping Company SA*


Reed Brodsky (*Pro Hac Vice Pending*)
Jefferson E. Bell (*Pro Hac Vice Pending*)
Adam J. Jantzi (*Pro Hac Vice Pending*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: (212) 351-4000
RBrodsky@gibsondunn.com
JBell@gibsondunn.com
AJantzi@gibsondunn.com


Vincent M. DeOrchis (*Pro Hac Vice*)
Kaspar Kielland (*Pro Hac Vice Pending*)
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
437 Madison Avenue
New York, NY 10022
Tel.: (212) 551-7732
vdeorchis@mmwr.com
kkielland@mmwr.com